UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    *Plaintiff/Petitioner*,<br><br>        v.<br><br>MAXWELL DREVER,<br><br>    *Defendant/Respondent*. | Case No. 3:22-MC-80096 JCS |

**ORDER TO SHOW CAUSE UPON THE APPLICATION OF THE SECURITIES AND EXCHANGE COMMISSION FOR AN ORDER UNDER SECTION 20(c) OF THE SECURITIES ACT OF 1933 <u>ENFORCING COMPLIANCE WITH A COMMISSION ORDER</u>**

Upon the Application of the Securities and Exchange Commission (the "Commission") for an order pursuant to Section 20(c) of the Securities Act of 1933 ("Securities Act"), 15 U.S.C. § 77t(c), enforcing compliance by Respondent Maxwell Drever ("Drever") with a final Commission order entered against him on May 5, 2021, ordering Drever to pay disgorgement of $1,214,246, prejudgment interest of $282,979.17, and a civil penalty of $75,000, with additional interest pursuant to 31 U.S.C. § 3717, and injunctive relief; and, the Declaration of Carol E. Schultze, and it appearing that an Order to Show Cause should issue, it is hereby:

ORDERED, that the above-captioned Respondent, Maxwell Drever, shall appear before this Court **on June 17, 2022, at 9:30 AM by Zoom video. The Zoom Webinar link is located on Judge Spero's web page at [www.cand.uscourts.gov](www.cand.uscourts.gov).  Zoom Webinar ID: 161 926 0804. Passcode: 050855** and show cause why the final Commission order requiring Drever to pay disgorgement of $1,214,246, prejudgment interest of $282,979.17, together with interest pursuant to Rule 600 of the Commission's Rules of Practice, 17 C.F.R. § 201.600 (as to

disgorgement) and his remaining civil penalty of $25,000, with additional interest pursuant to 31 U.S.C. § 3717 (as to the civil money penalty), should not be granted.

ORDERED that Respondent Drever shall be served pursuant to Rule 4 of the Federal Rules of Civil Procedure.

FURTHER ORDERED, that Respondent shall serve and file any opposing papers by 5:00 p.m. on **May 27, 2022**.  Service shall be made by delivering the papers by that date to Carol E. Schultze, at 100 F Street, Mail Stop 5628, Washington, DC 20549-5628 or via e-mail at SchultzeC@sec.gov.

FURTHER ORDERED, that if Respondent fails to file opposing papers and/or appear at the scheduled hearing, the Court may find Respondent in default and enter an appropriate order against such party at such time without further notice being given

FURTHER ORDERED, that if Respondent serves and files any opposing papers, the Commission may serve and file reply papers by 5:00 p.m. on **June 3, 2022**.  Service shall be made by delivering the papers by that date to Respondent at the address he designates in his opposition papers or, if he designates an e-mail address, via e-mail to that address.

**IT IS SO ORDERED.**

Dated: April 15, 2022

_____
JOSEPH C. SPERO
UNITED STATES CHIEF MAGISTRATE JUDGE